## (July 31, 1958)

■ THEODORE G. DALEY, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Respondents, v. FRANCIS L. STICKEL, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Appellants.— Motion for permission to appeal to the Court of Appeals upon a certified question denied, without costs. This is not a case where certified questions are proper, but in any event, considering it as an application for leave to appeal to the Court of Appeals, the same is denied. The appellants may, if they are so advised, apply to the Court of Appeals. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ CITY OF ALBANY, Respondent, v. COPLIN YARAS, Appellant, et al., Defendants.— Motion by plaintiff-respondent for certification of an additional question to the Court of Appeals in the following form: "Was the reversal by this Court of the order of the County Court, an abuse of permissible discretion as a matter of law?" Motion granted. Settle all orders involved in this matter upon notice. Each party should present what they consider to be a proper order or orders. No stay against the entry of such order or orders is presently extant. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of SUFFOLK COUNTY FEDERAL SAVINGS AND LOAN ASSOCIATION, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.